IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:07-CR-17-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| JAMES EARL WALTON, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, for all further proceedings. Senior United States District Judge James C. Fox is no longer assigned to the case. **All future documents shall reflect the revised case number of 2:07-CR-17-BO-1.**

SO ORDERED. This the 5th day of March, 2019.

/s/ Peter A. Moore, Jr.
Clerk of Court