UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:07-CR-17-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAMES EARL WALTON | |

This matter comes before the Court on Mr. Walton's unopposed motion for an extension of time to file a memorandum in support of his motion for compassionate release. For good cause shown, the motion is GRANTED, and the deadline for filing a memorandum in support is extended to and including November 15, 2022.

SO ORDERED, this the __1__ day of November, 2022.

TERRENCE W. BOYLE
United States District Judge